# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAMUEL HIGBE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 5:13-CV-06119-DGK ) ) |
| MIDWESTERN HEALTH MANAGEMENT, INC. d/b/a NORTHWEST FINANCIAL SERVICES, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Pamela J. Welch, of the law firm of Franke Schultz & Mullen, P.C., hereby enters her appearance on behalf of Midwestern Health Management, Inc. d/b/a Northwest Financial Services.

Respectfully submitted,

 /s/ Pamela J. Welch
Pamela J. Welch                 MO#52821
**FRANKE SCHULTZ & MULLEN, P.C.**
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax:   (816) 421-7915
pwelch@fsmlawfirm.com

and

Michael A. Klutho              MO#53424
**BASSFORD REMELE**
*A Professional Association*
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
Telephone:  (612) 333-3000
Facsimile:   (612) 333-8829
mklutho@bassford.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terry L. Lawson, Jr.   #53203
Lawson Law Center, LLC
700 E. 8th Street, Suite 300
Kansas City, Missouri 64106
(816) 802-6677
(816) 802-6678 fax
terry@llckc.com
**Attorneys for Plaintiff**


/s/ Pamela J. Welch
**Attorney for Defendant**