UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Samuel Higbe,                                      Civil File No. 5:13-cv-06119-DGK

       Plaintiff,

vs.

Midwestern Health Management, Inc.
d/b/a Northwest Financial Services,

       Defendant.

## CERTIFICATE OF INTEREST OF DEFENDANT MIDWESTERN HEALTH MANAGEMENT, INC. D/B/A NORTHWEST FINANCIAL SERVICES

COMES NOW defendant Midwestern Health Management, Inc. d/b/a Northwest Financial Services, by and through counsel, and pursuant to Federal Rule Civil Procedure 7.1 and Local Rule 7.1 submits this Certificate of Interest regarding its disclosure of corporation interest:

Defendant Midwestern Health Management, Inc. d/b/a Northwest Financial Services is a privately held corporation.

                                     **FRANKE SCHULTZ & MULLEN, P.C.**

                                     /s/ Pamela J. Welch
                                     Pamela J. Welch        MO #52821
                                     8900 Ward Parkway
                                     Kansas City, MO. 64114
                                     Telephone: 816-421-7100
                                     Facsimile: 816-421-7915
                                     pwelch@fsmlawfirm.com

                                     and

Michael A. Klutho MO#53424
BASSFORD REMELE, P.A.
33 S. Sixth Street, Suite 3800
Minneapolis, MN 55407
Telephone: 612-376-1619
Facsimile: 612-333-8829
mklutho@bassford.com
**Attorneys for Defendant Midwestern Health Management, Inc. d/b/a Northwest Financial Services**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terry L. Lawson Jr. (MO 53203)
Lawson Law Center, LLC
700 East 8th Street, Suite 300
Kansas City, MO 64106
(816) 802-6677
(816) 802-6678 fax
terry@llckc.com
**ATTORNEY FOR PLAINTIFF**


  /s/ Pamela J. Welch
Attorney for Defendant Midwestern
Health Management, Inc.
d/b/a Northwest Financial Services